HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDRAS FARKAS, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GABRIEL RUDY GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>  v.<br><br>GABRIEL RUDY GONZALES,<br><br>    *Defendant.* | No. 6:13-mj-0013 MJS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER**<br><br>Date:    September 10, 2013<br>Time:    10:00 A.M.<br>Magistrate Judge: Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for June 18, 2013, **may be continued to September 10, 2013, at 10:00 A.M.**

This continuance is requested in order to allow additional time to explore an alternate resolution in this matter. The requested continuance will conserve time and resources for both counsel and the court. Acting Legal Officer Matthew McNease has no objection to this request.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

///

///

|  |  |
|---|---|
| | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  June 10, 2013 | /s/  Matthew McNease<br>MATTHEW McNEASE<br>Acting Legal Officer<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  June 10, 2013 | /s/  Andras Farkas<br>ANDRAS FARKAS<br>Assistant Federal Defender<br>Attorney for Defendant<br>Gabriel Rudy Gonzales |

**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.

IT IS SO ORDERED.

Dated:   June 11, 2013          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

Gonzales: Stipulation To Continue Status Conference Hearing; [Proposed] Order          2